UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



FILED

2018 FEB -1 A 11: 36

U.S. DISTRICT COURT
NEW HAVEN, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. **3:18MJ-00132(DFM)** |
| v. | : | |
| ARGENYS R. RODRIGUEZ | : | January 31, 2018 |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Ray Miller, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Monday, February 5, 2018 at 2:00 p.m., there will come before this Court, at 450 Main Street, Hartford, Connecticut, the criminal case of <u>United States of America v. Argenys R. Rodriguez</u> Criminal No. 3:18MJ-00132(DFM).

2. That the above-named defendant, **ARGENYS R. RODRIGUEZ**, is charged with violation of 18 U.S.C. § 1344.

3. That the said **ARGENYS R. RODRIGUEZ** is now confined at the Hartford Correctional Center, 177 Weston Street, Hartford, Connecticut 06120.

4. That the said **ARGENYS R. RODRIGUEZ** should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Hartford Correctional Center, 177 Weston Street, Hartford, Connecticut 06120, and the United States Marshal for the District of

Connecticut, or any of his proper deputies, ordering them to produce the said **ARGENYS R. RODRIGUEZ** at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA
        JOHN H. DURHAM
        UNITED STATES ATTORNEY

        RAY MILLER
        ASSISTANT UNITED STATES ATTORNEY
        157 CHURCH STREET, 25TH FLOOR
        NEW HAVEN, CT 06510
        TEL. (203) 821-3700
        FEDERAL BAR NO. CT20451
        Email: RAY.MILLER2@USDOJ.GOV

STATE OF CONNECTICUT      :
                          : ss. New Haven, January 31, 2018
COUNTY OF NEW HAVEN       :

Personally appeared before me Ray Miller, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

*[signature]*
SUSAN M. FEASTER
NOTARY PUBLIC
My Commission Expires: 1/31/2022

Susan M. Feaster, NP-CT
Comm. Exp: 1/31/22