CRIMINAL NO. 3:18MJ-00132(DFM)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, HARTFORD CORRECTIONAL CENTER, 177 WESTON STREET, HARTFORD, CONNECTICUT 06120, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, ANY OF HIS PROPER DEPUTIES, OR AGENTS OF THE UNITED STATES SECRET SERVICE, GREETINGS:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, any of his proper deputies, or agents of the United States Secret Service, the body of **ARGENYS R. RODRIGUEZ**, Inmate Number 424339, Year of Birth: 04/09/1996, now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, any of his proper deputies, or agents of the United States Secret Service, may have the said **ARGENYS R. RODRIGUEZ** before the United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on Monday, February 5, 2018 at 2:00 P.M., or from such time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **ARGENYS R. RODRIGUEZ**, for violation of 18 U.S.C. § 1344, and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, any of his proper deputies, or agents of the United States Secret Service, shall return said **ARGENYS R. RODRIGUEZ** to the Warden, Hartford Correctional Center, 177 Weston Street, Hartford, Connecticut 06120, under safe and secure conduct.

The foregoing Writ is hereby allowed. Dated at New Haven, Connecticut, this 31 day of January 2018.

/s/ Judge Charles S. Haight
HONORABLE CHARLES S. HAIGHT, JR.
UNITED STATES DISTRICT JUDGE

ROBIN D. TABORA
CLERK, U. S. DISTRICT COURT

_Marquita Lewis_
By: DEPUTY CLERK

True Copy
ATTEST:
ROBIN D. TABORA
Clerk U.S. District Court
By _Marquita Lewis_
Deputy Clerk